# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D18-171
_____

TRACY NICOLE BROWN,

Appellant,

v.

RASOOL KAMMA, JR.,

Appellee.

_____


On appeal from the Circuit Court for Duval County.
Elizabeth Senterfitt, Judge.

December 14, 2018


PER CURIAM.

AFFIRMED.

ROBERTS, RAY, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


George J. Beckus, Jacksonville, for Appellant.

Michael M. Giel of Giel Family Law, P.A., Jacksonville, for Appellee.